**Jimmy LOCKLEAR, Petitioner—
Appellant,**

v.

**Patricia R. STANSBERRY, Warden,
LSCI Butner, Respondent—
Appellee.**

No. 05–6032.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2005.

Decided: July 25, 2005.

Jimmy Locklear, Appellant pro se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Locklear, a federal prisoner, seeks to appeal the district court's order

denying relief on his petition filed under 28 U.S.C. § 2241 (2000) for failure to exhaust administrative remedies. We have reviewed the record and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Locklear v. Stansberry*, No. CA–04–802–5–H (E.D.N.C. Dec. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*